# UNITED STATES DISTRICT COURT
for the

Western District of NY

| | |
|---|---|
| HARPREET SINGH, | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 25-cv-6694 EAW |
| KRISIT NOEM, et al., | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other:   The Court dismisses any remaining claims in the petition without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   Elizabeth A. Wolford   on a motion for   dismissing petition without prejudice

Date:   12/23/2025

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*